# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| **Case Title :** | Frank Nunez Larios and Maria Isabel Larios | **Case No :** | **15–26024 – B – 7** |
|---|---|---|---|
| | | **Date :** | **09/08/2015** |
| | | **Time :** | **09:30** |

| **Matter :** | [14] – Motion for Relief from Automatic Stay [RDN–1] Filed by Creditor Bank of New York Mellon (Fee Paid $176) (eFilingID: 5594118) (ltrf) |
|---|---|

| **Judge :** | Christopher D. Jaime | **Courtroom Deputy :** | Danielle Mobley |
|---|---|---|---|
| **Department :** | B | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted. The automatic stay is terminated to allow movant, its agents, representatives, successors, and/or assigns to commence and continue all lawful acts necessary to recover possession of certain real property located at 2207 Lee Way, Roseville, CA, in accordance with applicable California law. Resolved without oral argument.

Fed. R. Bank. P. 4001(a)(3) waived.

All requests for attorney fees or other costs are denied with prejudice.

No other relief is authorized.

**Dated:** September 09, 2015

Christopher D. Jaime, Judge
United States Bankruptcy Court